# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br><br>JOHN BOLAND<br><br>*Defendant(s)* | Case No.  2:21-mj-0176 AC<br><br>**SEALED** |

**FILED**
Nov 17, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  between March 29 and May 4, 2021  in the counties of  Sacramento, El Dorado, et al.
in the  Eastern  District of  California , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **18 U.S.C. § 2113(a)** | **Bank Robbery (7 counts)** |

This criminal complaint is based on these facts:

(see attachment)

☒  Continued on the attached sheet.

/s/ Jake Herminghaus
*Complainant's signature*

Jake Herminghaus, TFO, FBI
*Printed name and title*

Sworn to me and signed via telephone.

Date:  November 17, 2021

*Judge's signature*

City and state:  Sacramento, California

Allison Claire, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT FOR JOHN BOLAND

1. I, Jake Herminghaus, being first duly sworn, hereby depose and state as follows:

## I. PURPOSE

2. This Affidavit is submitted in support of an arrest warrant and a criminal complaint charging **John Boland** with a violations of 18 U.S.C. § 2113(a) – Bank Robbery.

## II. INTRODUCTION AND AGENT BACKGROUND

3. I am a Task Force Officer with the FBI and have been since 2018. I am currently assigned to the South Lake Tahoe Resident Agency (RA) of the Sacramento Division of the FBI. I am a Detective with the South Lake Tahoe Police Department (SLTPD) and have worked for SLTPD for 14 years, serving as a patrol officer before being promoted to Detective in 2016.

4. I graduated from the Police Academy in 2004, in Reno, Nevada. During my tenure with SLTPD, I have investigated child exploitation crimes, internet crimes, domestic violence, narcotics trafficking, gang activity, and homicides. I have training in cellular phone communications, and I am certified by CELLEBRITE in cellular phone downloads and analysis. I have analyzed phone records, location data and cellular communication devices in numerous prior cases

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested criminal complaint and arrest warrant and does not set forth all of my knowledge about this matter.

6. Based on the facts set forth in this affidavit, there is probable cause to believe that, on the dates included below, violations of 18 U.S.C. § 2113(a), Bank Robbery, were committed by **John Boland**, and others, known and unknown at this time.

## III. PROBABLE CAUSE

7. On May 4, 2021, Sacramento County Sheriff's Deputies arrested **John Boland** after a bank robbery in Rancho Cordova, California. Subsequent investigation of Mr. Boland indicated that he was responsible for a series of bank robberies in Northern California and Nevada during the months of

March through May 2021. This complaint charges Boland with the robberies that occurred in the Eastern District of California, which are described below.

### A. March 29, 2021 – Sutter Creek, CA

8. On Monday, March 29, 2021, at approximately 10:39 a.m., a male suspect robbed the El Dorado Savings Bank in Sutter Creek, California, by walking in and demanding money from the teller's drawer. The suspect was wearing a mask covering the lower portion of his face and a baseball hat. After robbing the bank, the suspect left on foot.

9. I compared the surveillance photographs of the suspect to **Boland**, I found similar nose, eye shape, and cheek bone symmetry.

10. When Boland became a suspect in this robbery, investigators examined data from cellular telephone towers in close proximity to the bank, near the time of the robbery, to see if **Boland's** telephone had contacted the towers, but it had not.[1] As will be discussed below, after Boland was arrested on May 4, 2021, a search of his cellular phone indicated that it had been turned off around the time of some of the robberies in which **Boland** is a suspect.

### B. April 1, 2021 – South Lake Tahoe, CA

11. On April 1, 2021, at approximately 2:30 p.m., the South Lake Tahoe Police Department responded to a robbery at a Wells Fargo Bank, 1032 Emerald Bay Rd, South Lake Tahoe. A male suspect had approached the teller and said he had a "weapon." The suspect asked for money from the second drawer and stated that any money handed over should have no electronic devices or dye packs with it. The teller gave the suspect money from the second drawer, approximately $15,900 dollars. The suspect fled through an adjacent Raley's parking lot on a BMX-style bike. The teller later described the suspect to police as a Caucasian male, approximately 5'11", with short brown hair. He was wearing a

---

[1] As explained in more detail below, from my training and experience with cellular telephones, I know that when a cellular telephone sends or receives voice or data communications, those communications are relayed from the user's telephone to the nearest cellular telephone tower, sometimes to multiple towers, depending on the location and movement of the telephone. Those towers then relay the voice or data communication through the service provider's network until it is relayed ultimately by another tower to the other party with whom the user is communicating. Cellular telephone towers log each of these communications, including the time, date, and duration of the communication, as well as device identifiers. If a cellular device is powered off, however, it will not make contact with towers in the area around it.

ORDER DELAYING NOTICE                                    2

dark-colored zip-up hooded jacket or sweatshirt, a two-toned trucker hat, and a dark green gaiter mask. From the teller's recounting of the events, officers noted that the suspect had used a similar verbal demand and shared similar facial features to the suspect in the Sutter Creek robbery. The teller was unable to identify **Boland** from a photograph array that a South Lake Tahoe PD officer showed her. In surveillance video captured during this robbery, however, the suspect's face is partially covered but the facial features that are visible are similar to those of **Boland**.

12. The investigation into the April 1, 2021 robbery revealed that **Boland** had been in South Lake Tahoe, and specifically in the vicinity of the bank, on the day of the robbery. A license plate reader spotted **Boland**'s white Chevrolet Impala in South Lake Tahoe at 11:50 a.m., near Lake Tahoe Blvd and State Route 207. In addition, investigators examined the data from a cellular telephone tower near the bank on that day. They found that **Boland**'s telephone number had contacted a tower near the Wells Fargo Bank between 1:47 p.m. and 1:51 p.m., 30-45 minutes before the robbery.

13. During a later search of **Boland**'s telephone, data on the telephone indicated that there was no activity on the telephone between 2:22 p.m. and 3:14 p.m., which tends to indicate that **Boland** had turned his telephone off during that window of time. In my training and experience, because many criminals are aware that their telephone can give away a record of their location simply by executing background functions (which often cause the telephone to contact a tower), some criminals will turn their telephones off near the time of their criminal activity to mask their location.

14. In addition, a search of the telephone after Boland's arrest revealed that, on April 1, 2021, the telephone had log entries for activity on an application named "5-0 Police Scanner," which streams Law Enforcement radio channels, including South Lake Tahoe PD's primary dispatch channel. I know from my training and experience that criminals will monitor police radio frequencies to determine where police officers are in the surrounding area, as well as to determine whether police have detected their criminal activity.

15. **Boland**'s telephone data also included the following text messages which appear relevant to **Boland**'s location and the possible disposition of evidence from the robbery:

    a) April 1, 2021 at 12:09 p.m., text message from Doe-1[2] to **Boland**: "Hey bro dont get a

---

[2] The contacts with whom **Boland** exchanged text messages have been given the fictitious

ORDER DELAYING NOTICE      3

1  bike yet post up somewhere."

2      b)    April 1, 2021 at 3:21 p.m., text message from Doe-2 to **Boland**: "just drive the truck to fucking hollbrook there's no cameras ill take the money to the room and get you guys a ride." "Hollbrook is just over the hill from Seth's."

    c)    April 1, 2021 at 6:26 p.m., text message conversation between **Boland** and Doe-3:

**Boland**: "I'm walking into Carson from Topaz if you know anyone that could pick me up that would awesome";

Doe-3: "Oh shit...where ur car?? can Robby help"

**Boland**: "My car is in Tahoe."

16. The following day, at 8:48 a.m., a license plate reader on Kingsbury Grade (State Route 207), Stateline, Nevada, which is east of South Lake Tahoe, spotted **Boland**'s Chevrolet Impala.[3]

17. The teller in this case was shown an array of six photographs, which included a picture of **Boland**, but the teller was unable to identify the suspect.

### C. April 13, 2021 – Truckee, CA

18. On April 13, 2021, near 11:20 a.m., Truckee Police officers responded to a Wells Fargo Bank following a 9-1-1 call of a bank robbery in progress. Before the officers arrived, dispatch informed them that the suspect had left the bank through the parking lot. By the time officers arrived, the suspect had fled, and they were unable to apprehend him. The suspect made off with approximately $6,420 from the bank. In the ensuing investigation, detectives learned that a man had been seen circling the parking lot on a bicycle for a few minutes before the robbery. Witnesses reported that he had then walked into the bank and demanded money from the teller, after which he fled the location, heading westbound, through a Safeway parking lot, on a black bicycle.

19. According to witness statements and surveillance footage, the suspect was a white man in his 40's, about 5'6" in height with a slender build. At the time of the robbery, he was wearing a blue plaid flannel shirt, blue jeans, a black hat, grey shoes and a grey facemask. He also had a distinct mole

---

moniker of "Doe" in this affidavit to protect the ongoing investigation.

[3] From this information, as well as **Boland**'s text messages to and from Doe-2, it appears that **Boland** had abandoned his car in South Lake Tahoe, for reasons unknown.

near the right side of the bridge of his nose. Witnesses also reported that the suspect used a similar verbal demand (ordering the teller to remove the money from the second drawer) and had similar facial features to the robber involved in the bank robberies in Sutter Creek and South Lake Tahoe Bank, described above. The suspect captured on the surveillance footage had similar facial features and body type to **Boland**. In addition, Truckee Police officers later showed the teller an array of six photographs, including a picture of **Boland**, and the teller positively identified **Boland** as the individual who had robbed the bank.

20. The data from a cellular telephone tower near the Wells Fargo Bank in Truckee indicated that **Boland**'s cellular telephone contacted that tower on April 13, 2021 at 10:42 a.m., and again at 10:56 a.m., approximately 30 minutes before the robbery. A review of **Boland**'s cellular telephone data indicates that there was no activity on the telephone between 11:18 a.m. and 12:15 p.m., again indicating that the telephone was likely turned off between these times.

21. On April 13, 2021, at about 10:34 a.m., a license plate reader on Interstate 80 in Reno, Nevada, spotted **Boland**'s Impala heading westbound, approximately 45 minutes away from Truckee and headed in that direction.[4] This position and time would have allowed Boland to be in Truckee at the time of the robbery.

 **D.**    **April 23, 2021 – Redding, CA**

22. On Friday, April 23, 2021, at approximately 2:10 p.m., a white male robbed the Union Bank of California, in Redding, California. According to the teller's statement to police, the verbal demands of this suspect matched those used in the prior robberies: he told the clerk to remove the money from second drawer and said it should contain no dye packs or electronic devices, as the suspect had said in the April 1 South Lake Tahoe robbery. The suspect left the bank on foot with $2,100. The teller told investigators that she believed that the robber had been armed but did not see a firearm. The suspect was described as a white male adult, unknown age, approximately 5'5" tall, thin build, thinning dark hair,

---

[4] While it is possible for **Boland** to have been in this location, at this time, and arrived in Truckee at 11:20 a.m., **Boland**'s cellular telephone contacted a tower in Truckee much earlier, at 10:42 a.m. It is possible that the Truckee tower was one of the nearest towers to the telephone at 10:42 a.m., as towers in that region are often great distances apart. It is also possible that someone else was driving **Boland**'s car at the time. The text messages on **Boland**'s phone on April 1, 2021, seem to indicate that **Boland** had help moving his car at times.

ORDER DELAYING NOTICE                     5

1 dark colored collared shirt, and dark shorts. The facial features investigators were able to see on the surveillance video appear to match **Boland**.

23. Redding PD officers interviewed the teller again on July 7, 2021, and showed her an array of six photographs. The teller positively identified **Boland** as the individual who had robber her.

24. During a later search of **Boland**'s phone, I found data from a Google Maps search for a location with GPS coordinates 40.586539, -122.391676. Using Google Maps, I determined that these coordinates are the location that Google Maps designates when one searches for directions for "Redding, California." The location is at the intersection of Shasta Street and Market Street, in downtown Redding, which is only two blocks from the Union Bank robbed on April 23. The Redding location search was located in a deleted file on the phone.[5]

### E. May 1, 2021 – Placerville, CA

25. On May 1, 2021, at approximately 11:52 a.m., a male subject walked into Wells Fargo Bank, 1244 Broadway Drive, Placerville. The subject told the teller to give him the money from the second drawer. The teller gave the subject $4,010 and the subject left the bank on foot. The subject was wearing a mask but no hat. To the extent his face could be seen on the security camera footage, the subject had similar facial features and body type to the individual described in the robberies above.

26. On May 5, 2021, Placerville PD officers provided the teller with an array of six photographs, including one of **Boland**. The teller identified **Boland** as the suspect.

27. On **Boland**'s telephone, I found text messages from May 1, 2021, between **Boland** and

---

[5] On April 23, in Reno, Nevada, around 11:30 a.m., a white male walked into a Wells Fargo bank and told the teller "You're going to give me everything that's in your bottom drawer." The teller complied and handed the suspect approximately $4,580.00 from the drawer. During a police interview following the robbery, the teller told police that the teller had seen a news report regarding the April 1, 2021 bank robbery in South Lake Tahoe and said the suspect in that case appeared similar to the suspect who had just robbed her bank. In addition, cellular telephone towers in the area near the bank recorded that **Boland**'s telephone number contacted the towers near the time of the robbery.

According to Google Maps, the driving time for the roughly 200 miles between the bank in Reno and the bank in Redding robbed on April 23 was approximately 3 hours and 16 minutes, assuming the driver were to stay within the speed limit (and averaging 61 mph). The robberies occurred approximately 2 hours and 40 minutes apart. It is possible that **Boland** covered the distance in a compressed time—driving an average of 74 mph, instead of 61 mph—or that another suspect was responsible for one of the robberies. Nevertheless, the details of the Redding robbery, including the teller's identifying **Boland** in a photograph array and the suspect's demands for money from the "second drawer," without dye packs or electronic devices, provide sufficient probable cause to believe that **Boland** executed that robbery.

ORDER DELAYING NOTICE    6

another individual (Doe-4). The conversation indicated that they were both gambling that morning at CVI Casino 1627 U.S. Hwy 50, Minden, Nevada, and included the following exchange:

> Doe-4 (8:09 a.m.): "Banks only open till 1."
>
> **Boland** (8:49 a.m.): "I'm at car."
>
> Doe-4: "Ok on way now."

28. A review of local maps shows that the fastest route from the casino in Minden to the bank in Placerville is State Route 207 to westbound Highway 50. At approximately 10:23 a.m. that morning, license plate readers in Stateline, Nevada spotted **Boland**'s Impala driving westbound on State Route 207. At 10:48 a.m., license plate readers near South Lake Tahoe spotted **Boland**'s Impala on Highway 50, driving westbound, approximately 60 minutes from Placerville. This route and timing are consistent with **Boland**'s arriving at the bank in Placerville by 11:52 a.m., the time it was robbed.

### F. May 3, 2021 – El Dorado Hills, CA

29. On May 3, 2021, at approximately 2:09 p.m., a white male walked into the Umpqua Bank, 3880 El Dorado Hills Blvd. Suite #100, El Dorado Hills. The subject approached a teller and told the teller to give him all the large bills in the "second drawer."

30. Because the teller did not know if the subject was being serious, she asked the subject to repeat himself. When he repeated the same demand, the teller realized he was trying to rob the bank. The teller told the subject she only had $10-bills and asked if he wanted those. The suspect rolled his eyes and walked out of the bank. He was last seen leaving the area on foot.

31. The teller described the suspect as a white male adult, approximately 35-45 years old, approximately 5'9" tall, with a slim to average build. The suspect was wearing a bright green, long-sleeved Oregon Ducks shirt, dark colored shorts, and dark colored shoes. The teller described the suspect as having a wart on his right nostril below his eye. The teller also reported a large bulge in his back pocket, which she indicated could have been a cell phone, but was not sure. (This teller later identified the suspect as John **Boland**, following his arrest on May 4, 2021, in Rancho Cordova, California, described below).

32. Cellular telephone tower data from towers in the El Dorado Hills area showed **Boland's** telephone had contacted them between 1:06 p.m. and 2:19 p.m.

33. During the search of **Boland's** telephone, I found the following text message from May 2, 2021 (the day before the robbery) from Doe-4: "Want to wait till tomorrow since it's Monday anyway we could go to el dorado hills."

34. On May 3, 2021, 12:09 p.m., the telephone's user executed a map search for "El Dorado Hills, CA" (GPS coordinates 38.651552, -121.063788), which plots to the El Dorado Town Center on Town Center Blvd. The El Dorado Town center is in close proximity to the Umpqua Bank. The bank is on the other side of Highway 50, just off El Dorado Hills Blvd.

35. On May 3, 2021, at 3:34 p.m.—approximately and hour and a half after the robbery—a license plate reader near the intersection of Florin Road and Highway 99, in Sacramento, spotted **Boland's** Impala. This would have been more than enough time for **Boland** to get from El Dorado Hills to Sacramento and establishes that he was within a small radius of the crime at the time it occurred.

### G. May 4, 2021 – Rancho Cordova, CA

36. On May 4, 2021, at approximately 9:29 a.m., Rancho Cordova Police Officers responded to a bank robbery at 2010 Goldfield Drive, Rancho Cordova. The suspect entered the bank and approached the teller. The suspect spoke to the teller, but the teller could not hear what he was saying. The suspect then told the teller more clearly to get money from the second drawer. The teller told the suspect she was unable to do so and the suspect left the bank. The teller watched the suspect leave the bank, change his shirt, and get into a white Chevrolet Impala.

37. When Rancho Cordova Police officers arrived at the scene, they located an unoccupied white Chevrolet Impala nearby. A query of DMV records indicated that the Impala was registered to John **Boland**.

38. Officers searched the area and found **Boland** across the street from the Impala. The bank teller identified **Boland** in person at that time and officers arrested him for the attempted bank robbery. **Boland** was read his *Miranda* rights. When he indicated he wanted to have a lawyer present, officers ceased the interview.

39. Following **Boland**'s arrest, El Dorado Sheriff's Office Detective Conley showed a photograph array to the victim teller from the May 3, 2021 robbery in El Dorado Hills. The teller identified **Boland** as the individual who had robbed the bank.

40. Data from cellular telephone towers in Rancho Cordova show **Boland's** telephone contacted these towers between 8:39 a.m. and 9:34 a.m. on the day of the robbery.

41. During a search of **Boland's** telephone, I found a map search, executed on May 3, at approximately 2:28 p.m., for a Rite Aid Pharmacy that is on the same block as the Wells Fargo **Boland** tried to rob the next day.  In addition, on May 3, 2021, at 9:04 p.m., an LPR spotted **Boland's** Impala at 11230 Point E Dr, Rancho Cordova.  Coupled with the evidence gathered after the May 3 robbery in El Dorado Hills, this data shows that Boland had driven from El Dorado Hills, to Sacramento, then back out to Rancho Cordova, on that day, putting him in the vicinity of the May 3 and May 4 robberies.

### H. Search of Boland's Vehicle and Seizure of Boland's Cellular Telephone

42. Following the May 4 robbery, Rancho Cordova police officers impounded **Boland**'s Impala.  The Sacramento County Sheriff's Office executed a search warrant on the car on May 6, 2021 and found an Apple iPhone.  There was no evidence that anyone else had access to, or control of, the vehicle at the time of **Boland**'s arrest or the car's subsequent search.

43. Investigators downloaded and reviewed the telephone's data pursuant to a federal search warrant authorized by U.S. Magistrate Judge Carolyn K. Delaney, on May 20, 2021.  (Case No. 2:21-sw-434-CKD).  It is through this search of the telephone that investigators acquired the data described in this affidavit.

### IV. REQUEST FOR COMPLAINT AND WARRANT

44. Based on the foregoing information, there is probable cause to believe that **Boland** has violated 18 U.S.C. § 2113(a), Bank Robbery, on the dates included above.  I therefore request respectfully that the Court issue a Criminal Complaint and Arrest Warrant for these charges against him.

[*Affidavit continued on following page.*]

## V.      REQUEST TO SEAL

45.     I further request that the Court order that all papers in support of this application, including the affidavit, the complaint, and the arrest warrant be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Respectfully submitted,

/s/ Jake Herminghaus

Jake Herminghaus, Detective
South Lake Tahoe Police Department
Task Force Officer

Subscribed and sworn to me via telephone on: November 17, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Approved as to form by
AUSA JAMES R. CONOLLY